**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 1:19-cv-08460-VM |
| Plaintiff, | |
| -against- | **DEFAULT JUDGMENT** |
| 3M OPEN FUND and ALICEA DELI LLC, | |
| Defendants. | |
| 3M OPEN FUND, | |
| Crossclaim-Plaintiff, | |
| -against- | |
| ALICEA DELI LLC, | |
| Crossclaim-Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/20

This action having been commenced on September 11, 2019 by Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), and Defendant/Crossclaim-Plaintiff 3M Open Fund ("3M") having filed an Answer and Crossclaim (the "Answer and Crossclaim") asserted against Defendant/Crossclaim-Defendant Alicea Deli LLC ("Alicea"), and a copy of the summons and 3M's Answer and Crossclaim having been served on Alicea by personally serving Petra Alicea on November 1, 2019, and proof of service having been filed on November 5, 2019, and Alicea not having answered the Answer and Crossclaim, and Alica's time for answering the Answer and Crossclaim having expired on November 22, 2019, and Wells Fargo having made a separate motion (ECF No. 31, the "Wells Fargo Interpleader Motion") requesting that the Court issue an Order directing the Clerk

of Court to accept the interpleader funds in the amount of $133,870.50 (the "Restrained Funds"), and 3M having not opposed the Wells Fargo Interpleader Motion, it is hereby

**ORDERED** that 3M has judgment against Alicea, and it is further

**ORDERED** that upon the deposit of the subject Restrained Funds into the court registry pursuant to the Wells Fargo Interpleader Motion, the Clerk of Court shall release the Restrained Funds to 3M.

Dated: New York, New York
January 6, 2020

VICTOR MARRERO
USDJ