USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLS FARGO BANK, N.A.,

    Plaintiff,

-against-

3M OPEN FUND and
ALICEA DELI LLC,

    Defendants.

Civil Action No: 1:19-cv-08460-VM
Judge: The Honorable Victor Marrero

**ORDER AUTHORIZING INTERPLEADER DEPOSIT (28 USC § 1335)**

Wells Fargo Bank, N.A. ("Wells Fargo") having made a motion pursuant to 28 U.S.C. § 1335, requesting that the Court issue an Order directing the Clerk of Court to accept the interpleader funds in the amount of $133,870.50 less Wells Fargo's reasonable attorneys' fees and taxable costs.

**IT IS HEREBY ORDERED**, that the Clerk of Court accept and deposit the interpleader funds in the amount of $133,870.50 less Wells Fargo's reasonable attorneys' fees and taxable costs into the Disputed Ownership Fund (DOF) in the Court Registry Investment System (CRIS) pending further Order of the Court. Once the Clerk receives the funds, Wells Fargo will be dismissed from this action.

**IT IS HEREBY FURTHER ORDERED**, that Wells Fargo is awarded its reasonable attorneys' fees and costs.

Dated: 6 January 2020
New York, New York

SO ORDERED:

_____
United States District Judge / Magistrate Judge

106370978.v2